UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R. ALEXANDER ACOSTA, Secretary of Labor,
United States Department of Labor,

                                                                              Civil Action No. 2:12-cv-05170-ADS-AKT

                            Plaintiff,

            v.

ASIAN MOON RESTAURANT CORP., a
Corporation, dba Asian Moon Restaurant and
VICKIE SUE LI, Individually and as President,

                            Defendants.
------------------------------------------------------------X

## ORDER TO SHOW CAUSE FOR CONTEMPT
## AND TO DIRECT PRODUCTION OF DOCUMENTS

**UPON** the motion (the "Motion") of Gerard R. Luckman (the "Receiver") for entry of an order (i) holding Asian Moon Restaurant Corp. and Vickie Sue Li (the "Defendants") in contempt of the Order for the Appointment of a Receiver (ECF Doc. No. 19) for willful refusal to produce books and records and other documents requested by the Receiver, (ii) directing Vickie Sue Li to appear in Court at the hearing on the Motion, and (iii) directing the Defendants to cooperate with the Receiver in the administration of the receivership, and upon all of the pleadings and proceedings heretofore had herein, and upon due deliberation:

**LET,** the Defendants show cause before the Honorable Arthur D. Spatt, United States District Judge, at the United States District Court, Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York, courtroom 1020 on the ___ day of October, 2017 at ___ a.m. (the "Hearing"), or as soon thereafter as counsel can be heard, why an Order of this Court should not be entered granting the following relief:

      a.      holding Asian Moon Restaurant Corp. and Vickie Sue Li in contempt due to their willful refusal to produce books and records and other documents requested by the Receiver;

      b.      directing Asian Moon Restaurant Corp. and Vickie Sue Li to cooperate with the Receiver in the administration of the receivership including directing the Defendants to meet with the Receiver and to provide full contact information to the Receiver; and

      c.      for such other and further relief as this Court deems just and proper;

and it is hereby

**ORDERED,** that Vickie Sue Li is directed to appear in Court at the Hearing; and it is further

**ORDERED**, that service of a copy of this Order to Show Cause, the Motion and the exhibits upon which it is based, by overnight courier upon Asian Moon Restaurant Corp., 825 Franklin Ave., Garden City, New York 11530 on or before October __, 2017 shall be deemed good and sufficient service hereof; and it is further

**ORDERED**, that any papers responsive to this Order to Show Cause be served and filed so as to be received by movant's counsel and the Court no later than _____ p.m. on October __, 2017.

Dated: Central Islip, New York
        October __, 2017

                                HONORABLE ARTHUR D. SPATT
                                UNITED STATES DISTRICT JUDGE